■ TIFFANY BEARD, Appellant, v THEMED RESTAURANTS INC., Doing Business as LUCKY CHENG'S, Respondent. [6 NYS3d 486]— Order, Supreme Court, New York County (Louis B. York, J.), entered on or about August 27, 2013, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff sues for injuries allegedly incurred when she lost her footing and fell while descending a staircase in defendant's restaurant. Supreme Court properly granted defendant's motion for summary judgment dismissing the complaint because plaintiff made no claim in her testimony that she fell because of a lack of illumination. Concur—Friedman, J.P., Acosta, Richter and Gische, JJ.

■ In the Matter of JAMES MELVIN LEE, Petitioner, v PEOPLE OF THE STATE OF NEW YORK et al., Respondents. [6 NYS3d 486]— The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Friedman, J.P., Acosta, Richter and Gische, JJ.